UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARLAND E. WILLIAMS

VERSUS

UNITED STATES DEPARTMENT
OF JUSTICE, ET AL.

CIVIL ACTION

NO. 16-177-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 13, 2016 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, Plaintiff's "Leave of Affidavit-Writ Motion of Evidence Submitted Request" (doc. no. 4) is DENIED. Further, this lawsuit is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

Baton Rouge, Louisiana, this 2nd day of May, 2016.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA